LINDA M. ROSS (SBN 133874)
lross@publiclawgroup.com
GEOFFREY SPELLBERG (SBN 121079)
gspellberg@publiclawgroup.com
SPENCER J. WILSON (SBN 266938)
swilson@publiclawgroup.com
ANASTASIA BONDARCHUK (SBN 309091)
abondarchuk@publiclawgroup.com
RENNE PUBLIC LAW GROUP
350 Sansome Street, Suite 300
San Francisco, California 94104
Telephone: (415) 848-7200
Facsimile:  (415) 848-7230

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SILLOWAY, CHRISTA DURAN, BRIGITTA VAN EWIJK, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:20-cv-07400-RS<br><br>**STIPULATION REGARDING CASE SCHEDULING AND FILING OF CROSS MOTIONS FOR SUMMARY JUDGMENT; ORDER** AS MODIFIED BY THE COURT<br><br>Complaint Filed:   October 23, 2020<br>Trial Date:              TBD |

Pursuant to this Court's direction at the November 18, 2021 Case Management Conference, Defendant City and County of San Francisco (the "City") and Plaintiffs Kristen Silloway, et al. hereby submit the below stipulation and proposed order regarding case scheduling and filing of cross-motions for summary judgment. The City and plaintiffs in the related case of *Tatyana Litvinova, et al. v. City and County of San Francisco.*, N.D. Cal. Case No. 3:18-cv-01494-RS are concurrently filing an identical stipulation and proposed order in that case.

The parties agree that all motions for summary judgment will be filed in accordance with a cross-motion briefing schedule, defined below, so Defendant may file a single motion seeking summary judgment in both cases.  If Plaintiffs in this case and/or *Litvinova* move for summary judgment, Defendant should be permitted to file a consolidated opposition to those motions. Any brief or

memorandum of points and authorities filed by the *Silloway* plaintiffs in support, opposition, or reply to a motion shall be subject to the page limitations of this Court's Local Rules (25 pages for motions and opposition briefs and 15 pages for reply briefs) unless they make a timely request from the Court for an increase of the page limitation. Defendant City shall have an increased page limitation due to the fact Defendant will be filing consolidated briefs addressing two cases. Defendant's page limitations for summary judgment briefing shall be 40 pages for motions and opposition briefs and 25 pages for any reply brief, unless it makes a timely request from the Court for an increase of the page limitation.

Additionally, pursuant to the Court's direction to extend all court deadlines by 90 days, the parties submit the below case schedule for approval by the Court. The Court will not approve any further extensions of the non-expert discovery deadlines. Starting with the close of discovery, the case schedule will be as follows:

| Date | Event |
|---|---|
| Feb. 18, 2022 | Close of non-expert discovery |
| Mar. 18, 2022 | Deadline to designate expert witnesses, FRCP 26(a)(2) |
| Apr. 15, 2022 | Deadline to designate supplemental and rebuttal experts, FRCP 26(a)(2) |
| May 6, 2022 | Deadline to complete expert discovery, FRCP 26(b)(4) |
| May 26, 2022 | Motions for summary judgment due |
| June 16, 2022 | Summary judgment opposition briefs due |
| June 30, 2022 | Summary judgment reply briefs due |
| July 14, 2022 | Hearing on motions for summary judgment due |
| July 14, 2022 | Deadline to hear all pretrial motions |
| Aug. 31, 2022 | Final Pretrial Conference |
| Sep. 13, 2022 | Trial |

The Parties respectfully request that the Court approve the Parties' above stipulation regarding case scheduling and filing of cross-motions for summary judgment

Dated: December 17, 2021					RENNE PUBLIC LAW GROUP®


							By: /s/Spencer J. Wilson
							    Spencer J. Wilson

							Attorneys for Defendant
							CITY AND COUNTY OF SAN FRANCISCO


Dated: December 17, 2021					WEINBERG, ROGER & ROSENFELD


							By: /s/Caitlin E. Gray
							    Caitlin E. Gray

							*Attorneys for Plaintiffs*
							KRISTEN SILLOWAY, CHRISTA DURAN,
							BRIGITTA VAN EWIJK


### **ORDER**

PURSUANT TO STIPULATION AND THIS COURT'S PRIOR DIRECTION, IT IS SO ORDERED.


Dated: December 17, 2021

							_____
							RICHARD SEEBORG
							Chief United States District Judge