UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTEN SILLOWAY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 20-cv-07400-RS (AGT)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 136 |

The Court grants CCSF's request for another month, until August 15, 2025, to "produce all documents showing that plaintiffs' unpaid absences from their regular schedules as staff nurses were absences for personal reasons, illness, or injury." Dkt. 124 at 2 (citation modified); *see also* Dkt. 133 (setting July 14, 2025, deadline).

CCSF has shown good cause for the extension based on the volume of responsive records. *See* Dkt. 136 at 2 (referring to "millions of records across 2.3 terabytes of information" and "122 nurse managers and 24 payroll personnel . . . who may have received communications from the plaintiffs regarding unpaid absences"). The fact-discovery cutoff already passed, but the parties filed their initial dispute related to these records within the permitted timeframe. Civil L.R. 37-3; Dkt. 113-1.

After the initial expert reports are due, on July 31, 2025, both sides may supplement their expert reports in connection with documents produced in response to Dkt. 121 and Dkt. 124. Both sides, however, should have the opportunity to respond to the supplemental reports and depose the experts regarding them. If that extra work cannot be completed before the discovery cutoff, the parties will need to seek leave from Judge Seeborg for an extension.

**IT IS SO ORDERED.**

Dated: July 18, 2025

_____
Alex G. Tse
United States Magistrate Judge